DAYTON M. HANDRICK, Respondent, v. SOL H. STROBER, Appellant.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. MARY HANNON, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that a finding as to an accidental injury in a disability case is not *res adjudicata* as to that issue in a death case. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. HARRY HANSEN, Appellant, v. AMERICAN BANK NOTE COMPANY and Another, Respondents.— Motion denied.

MARY L. HERMANCE, Plaintiff, v. BENJAMIN SEIDES and Another, Defendants. LOUIS R. HERMANCE, Plaintiff, v. BENJAMIN SEIDES and Another, Defendants.— Motions granted on condition that the appellant in each case pays ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. MISSOURI HINTON, Respondent, v. TROMAC CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. DORA HOFFMAN, Respondent, v. CHANIN CONSTRUCTION COMPANY and Another, Appellants.— Motion denied, with ten dollars costs to the claimant against the appellants.

Before STATE INDUSTRIAL BOARD, Respondent. BERNARD HOPFER, Respondent, v. JACK WILSON, Appellant.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that no written notice of the accident was given, and there being no evidence that the employer had knowledge of the accident the failure to give notice was not properly excused. All concur.

WILLIAM R. S. HUMPHREYS, Respondent, v. WILLIAM H. WARBURTON and Another, Appellants.— Motion granted, with ten dollars costs, unless the defendants perfect their appeal on or before October twentieth next, and pay said costs, in which event motion is denied.

Before STATE INDUSTRIAL BOARD, Respondent. GENNARO IACOVINO, Respondent, v. YOUDELMAN EXPRESS Co., INC., and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to sustain the award for death benefits. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH ICHTERTZ, Respondent, v. HECLA SLATE AND TILE COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no legal proof of an accident. All concur.

IDA CRAMER INGALLS, Appellant, v. VILLAGE OF HUDSON FALLS, Respondent.— Judgment affirmed, with costs. All concur, except Hinman and McCann, JJ., dissenting.

Before STATE INDUSTRIAL BOARD, Respondent. CARMELLA INGARDO, Respondent, v. LEVY BROTHERS & ADLER and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

RICHARD H. JOHNSON, Respondent, v. FRANCIS PURPURA, Appellant.— Motion granted, with ten dollars costs.